IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -6 AM II: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

     Plaintiff,

VS.                                                        CR. NO. 99-20073-B

CLARA TORRES,

     Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

---

This cause came on for a report date on June 23, 2005.  At that time counsel for the government requested a continuance of the July 5, 2005 trial date due to the defendant's fugitive status.

The Court granted the request and reset the trial date to August 1, 2005 with a **report date of Monday, July 25, 2005, at 9:30 a.m.,** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from July 15, 2005 through August 12, 2005 is excludable under 18 U.S.C. § 3161(h)(1)(A) and (B) because the defendant is either absent or unavailable and her presence cannot be determined or obtained by due diligence.

IT IS SO ORDERED this 5th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-6-05

247

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 247 in case 2:99-CR-20073 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT